IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEROY FEARS,<br>　　　　Petitioner,<br><br>　　v.<br>JEFFREY BEARD, Commissioner,<br>Pennsylvania Department of Corrections;<br>LOUIS S. FOLINO,<br>Superintendent of the State Correctional<br>Institution at Greene; and<br>JOSEPH P. MAZURKIEWICZ,<br>Superintendent of the State<br>Correctional Institution at Rockview,<br>　　　　　　　　　　　Respondents. | CIVIL ACTION NO. 05-1421<br><br>Judge Arthur J. Schwab |

**O R D E R**

AND NOW, this 9th day of May, 2006, it is hereby ORDERED that all proceedings in this case are STAYED pending the exhaustion of Petitioner's remedies in state court, and administratively closed. It is further ORDERED that within twenty days of the completion of the state court proceedings, the parties shall file a joint motion with this court requesting that the stay be lifted and the case be re-opened. The court will then issue a revised scheduling order.

The status conference scheduled for May 12, 2006, at 8:00 a.m. is canceled.

　　　　　　　　　　　　　　　　　　　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　s/Arthur J. Schwab
　　　　　　　　　　　　　　　　　　　　　　Arthur J. Schwab
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge
　　　　　　　　　　　　　　　　　　　　　　Western District of Pennsylvania

cc: James Anderson
Federal Public Defender's Office
Capital Habeas Corpus Unit
1001 Liberty Avenue
1450 Liberty Center
Pittsburgh, PA 15222-3714

Rebecca D. Spangler
Office of the District Attorney
Post Conviction/Habeas Corpus
401 Allegheny County Courthouse
Pittsburgh, PA 15219

Ronald M. Wabby, Jr.
Office of the District Attorney
Appeals/Post Conviction
401 Allegheny County Courthouse
Pittsburgh, PA 15219