IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEROY FEARS,<br>  Petitioner,<br><br>  v.<br><br>JOHN E. WETZEL, et al.,<br>  Respondents. | Civil Action No. 05-CV-1421<br><br>Judge Kim R. Gibson |

## Order

AND NOW, this 28th day of July, 2021, it is hereby **ORDERED** that the Petitioner's Notice of Conclusion of State Court Proceeding; Request to Maintain Stay of Proceedings is GRANTED and, accordingly:

1. This habeas case remains stayed and administratively closed pending Petitioner's filing of a Petition for Certiorari in the United States Supreme Court; and

2. Upon the conclusion of Petitioner's certiorari proceedings, Petitioner's subsequent decision not to pursue certiorari, or should the Court accept Petitioner's petition for certiorari, upon the Court's merits decision, petitioner will notify this Court within twenty days of the outcome and request that the stay be lifted and the case be re-opened.

                    _____
                    Kim R. Gibson
                    United States District Court Judge